IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

VIRAJ ANILKUMAR PATEL,　　　　：　　No. 3:25-CV-2489
　　　　　　　Petitioner　　　　：
　　　　　　　　　　　　　　　　：　　(Judge Munley)
　　v.　　　　　　　　　　　　：
　　　　　　　　　　　　　　　　：
J. GREENE,　　　　　　　　　　：
　　　　　　　Respondent　　　　：

## ORDER

**AND NOW**, in accordance with the accompanying Memorandum, **IT IS**

**ORDERED** that:

1. Petitioner Viraj Anilkumar Patel's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 is **DENIED**.

2. Patel's motion for appointment of counsel (Doc. 9) is **DISMISSED** as moot in light of paragraph 1 above.[1]

3. Patel's motion for extraordinary and programmatic injunctive relief (Doc. 10) is **DISMISSED** as moot in light of paragraph 1 above.[2]

4. Patel's motion to expedite due to irreparable harm (Doc. 12) is **DENIED** for the reasons provided in the accompanying Memorandum.

---

[1] The motion for appointment counsel, if considered on the merits, would be denied. Patel's petition does not present "a nonfrivolous claim," and appointment of counsel in this case will not benefit the court. See Reese v. Fulcomer, 946 F.2d 247, 263-64 (3d Cir. 1991), superseded on other grounds by 28 U.S.C. § 2254(d).

[2] The motion for injunctive relief, if considered on the merits, would be denied. Patel's Section 2241 claim does not have a "likelihood of success on the merits," which is a threshold requirement for injunctive relief. See Reilly v. City of Harrisburg, 858 F.3d 173, 179 (3d Cir. 2017).

5. The Clerk of Court is directed to CLOSE this case.

Date: ___7/23/26___

BY THE COURT:

_____
JUDGE JULIA K. MUNLEY
United States District Court